UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAI NGUYEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEVIN HIXON,<br><br>　　　　Respondent. | No. 2:25-cv-1142-DC-SCR<br><br>ORDER AND FINDINGS AND <u>RECOMMENDATIONS</u> |

　　　　Petitioner, a state prisoner proceeding pro se, files this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. <u>See</u> 28 U.S.C. § 1915(a).

　　　　Court records reveal that petitioner has previously filed a petition for a writ of habeas corpus attacking his Sacramento County Superior Court conviction and sentence. <u>See</u> <u>Nguyen v. Scribner</u>, Case No. 2:06-cv-1389-GEB-CMK (E.D. Cal.). The previous petition was filed on June 22, 2006 and was dismissed with prejudice on October 31, 2006 as untimely filed. <u>See</u> ECF No. 12 in Case No. 2:06-cv-1389-GEB-CMK. Even construing petitioner's habeas petition as a challenge to the denial of his petition for resentencing under California Penal Code § 1170.95, it

1

is still an unauthorized second or successive habeas since petitioner raised these same challenges in <u>Nguyen v. Acevedo</u>, Case No. 2:23-cv-1086-DAD-JDP (E.D. Cal.), which was denied on October 24, 2024.

Before petitioner can proceed with the instant petition, he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's petition must be dismissed without prejudice to its re-filing upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

Accordingly, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis (ECF No. 6) is granted; and

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice as an unauthorized second or successive § 2254 petition.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty one days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 6, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE